PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Andre Johnson                                                                    Cr.: 20-00334-001
                                                                                                  PACTS #: 4812793

Name of Assigned Judicial Officer:     THE HONORABLE BRIAN R. MARTINOTTI
                                       UNITED STATES DISTRICT JUDGE

Name of Sentencing Judicial Officer:   THE HONORABLE KENNETH M. KARAS
                                       UNITED STATES DISTRICT JUDGE (SD/NY)

Date of Original Sentence: 12/04/2013

Original Offense:    Count One: Conspiracy to Commit Armed Robbery, 18 U.S.C. § 371
                     Count Two-Nine: Armed Bank Robbery, 18 U.S.C. § 2113(a)(d) and (2)

Original Sentence:   Count One: 60 months imprisonment, 12 months supervised release
                     Count Two-Nine: 87 months imprisonment, 36 months supervised release

Special Conditions: $100 – Special Assessment, $486,267 – Restitution, and Supervised by the District of Residence

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/05/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:

Throughout his term of supervised release, Johnson has paid $885.00 towards his restitution. His supervision is due to expire on October 4, 2021, with an outstanding restitution balance of $485,382. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2  
Andre Johnson

Respectfully submitted,

SUSAN M. SMALLEY, Chief  
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ  
Supervising U.S. Probation Officer

PREPARED BY:

*Brendan G. Murillo*          09/22/2021
BRENDAN G. MURILLO              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on October 4, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____  
Signature of Judicial Officer

09/22/2021  
Date